Samuel B. Mayer
Scott H. Casher
Edwards Angell Palmer & Dodge LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

RECEIVED
08 FEB -6 PM 5:06
U.S. DISTRICT COURT
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE LYNCH

---

LINCOLN GENERAL INSURANCE COMPANY,

Plaintiff,

- against –

THE ROBERT PLAN CORPORATION, THE ROBERT PLAN OF NEW YORK CORPORATION, THE ROBERT PLAN OF CALIFORNIA CORPORATION, and FREEDOM GENERAL AGENCY, INC.

Defendant.

---

08 CV 1251
ECF CASE

Case No.:

**PLAINTIFF'S RULE 7.1 STATEMENT**

FEB 0 6 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Fed.R.Civ.P. 7.1, plaintiff Lincoln General Insurance Company discloses that it is a wholly owned subsidiary of Kingsway Financial Services, Inc., a publicly traded corporation.

Dated:  New York, New York
        February 6, 2008

EDWARDS ANGELL PALMER & DODGE LLP

By: *[signature]*

Samuel B. Mayer (SM 6479)
Scott H. Casher (SC 7903)
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

Attorneys for Plaintiff

STM 244385.1