Samuel B. Mayer (SM6479)
Scott H. Casher (SC7903)
Edwards Angell Palmer & Dodge LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINCOLN GENERAL INSURANCE COMPANY,

                          Plaintiff,

- against -

THE ROBERT PLAN CORPORATION, THE ROBERT
PLAN OF NEW YORK CORPORATION, THE
ROBERT PLAN OF CALIFORNIA CORPORATION,
and FREEDOM GENERAL AGENCY, INC.

                          Defendant.

**ECF CASE**

Case No.: 08-cv-01251-GEL

**STIPULATION EXTENDING
TIME TO SERVE SUMMONS
AND COMPLAINT**

The parties to this action, by their undersigned attorneys, hereby stipulate and agree that the time set forth in Rule 4(m) of the Federal Rules of Civil Procedure for plaintiff to serve the summons and complaint on each of the defendants in this action be extended to and including August 15, 2008.

Dated: New York, New York
       July 8, 2008

EDWARDS ANGELL PALMER
& DODGE LLP
By: _____
Samuel B. Mayer (SM 6479)
Scott H. Casher (SC 7903)
750 Lexington Avenue
New York, New York 10022
Attorneys for Plaintiff

RUSKIN MOSCOU FALTISCHEK, P.C.
By: _____
Adam Silvers, Partner
1425 Reckson Plaza
East Tower, 15th Floor
Uniondale, NY 11556
Attorneys for Defendants

So Ordered
_____
Gerard E. Lynch, U.S.D.J.