UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
LINCOLN GENERAL INSURANCE CO.,                :
:
Plaintiff,              :
:           08 Civ. 1251 (GEL)
-against-                                     :
:           **ORDER**
THE ROBERT PLAN CORPORATION, et al.,          :
:
Defendants.             :
:
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08
```

GERARD E. LYNCH, <u>District Judge</u>:

     The Court having been informed that defendants The Robert Plan Corporation and The Robert Plan of New York Corporation recently filed for bankruptcy, and having received plaintiff's request for an adjournment of the date for serving defendants The Robert Plan of California Corporation and Freedom General Agency, Inc. with a copy of the summons and complaint, it is hereby ORDERED:

    1.    In accordance with 11 U.S.C. § 362(a)(1), which provides that the filing of a bankruptcy petition operates as a stay applicable to all actions "to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case," plaintiff's action against The Robert Plan Corporation and The Robert Plan of New York Corporation is automatically stayed pending the resolution of the bankruptcy proceedings.

    2.    Plaintiff shall serve defendants The Robert Plan of California Corporation and Freedom General Agency, Inc. with a copy of the summons and complaint by September 30, 2008.

SO ORDERED.

Dated: New York, New York
         September 2, 2008

                                                     _____
                                                       GERARD E. LYNCH
                                                   United States District Judge